UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOSE R. TORRES ESQ
129 PROSPECT STREET
PASSAIC, NJ 07055
(973) 815-0075

| | |
|---|---|
| In Re: | Case No.: 21-16793 |
| Luis Jerez, Debtor (s) | Chapter: 13 |
| | Hearing Date: November 18, 2021 |
| | Judge: Hon. Vicent F. Papalia |

# NOTICE OF MOTION TO
# REINSTATE THE AUTOMATIC STAY

Jose R. Torres Esq. has filed papers with the court to vacate the dismissal entered in the captioned case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:        November 18, 2021

Hearing Time:        10:00 AM

Hearing Location:    50 Walnut Street, 3rd Floor
                     Newark, NJ 07102

Courtroom Number:    3E

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:
Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   October 28, 2021                             /s/Jose R. Torres, Esq.

                                                     Signature of the Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOSE R. TORRES ESQ
129 PROSPECT STREET
PASSAIC, NJ 07055
(973) 815-0075

In Re:
Luis Jerez, Debtor (s)

Case No.:        21-16793

Chapter:         13

Hearing Date:    November 18, 2021

Judge:           Hon. Vicent F. Papalia

# CERTIFICATION OF ATTORNEY

I, Jose R. Torres, Esq. ,Attorney of the debtor in this case, submit this Certification in support of Motion to Reinstate the Automatic Stay.

1. I am fully familiar with the facts set forth below.

2. Debtor filed for bankruptcy on August 26, 2021.

3. The Debtor had previously filed a Bankruptcy Chapter 13 under case No.20-23838.

4. The Debtor was unable to satisfactorily complete the proposed plan due to the Pandemic. He lost rental income & therefore he was unable to complete payments.

5. The creditors in the estate will not suffer undue prejudice.

6. Debtor request that the stay be reinstated because Debtor has operated in good faith and should be entitled to the protection of the stay while the chapter 13 moves forward and provides the Trustee the required payments.

I certify under penalty of perjury that the above is true.

Date: October 28, 2021                                /s/Jose R. Torres, Esq.
                                                      Signature of the Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOSE R. TORRES ESQ
129 PROSPECT STREET
PASSAIC, NJ 07055
(973) 815-0075

In Re:
Luis Jerez, Debtor(s)

Case No.:   21-16793

Chapter:    13

Hearing Date:   November 18, 2021

Judge:   Hon. Vicent F. Papalia

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Date: October 28, 2021

/s/Jose R. Torres, Esq.
Signature of the Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
JOSE R. TORRES ESQ
129 PROSPECT STREET
PASSAIC, NJ 07055
(973) 815-0075

| | |
|---|---|
| In Re:<br>Luis Jerez, Debtor (s) | Case No.: 21-16793 |
| | Chapter: 13 |
| | Hearing Date: November 18, 2021 |
| | Judge: Vicent F. Papalia |

# ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.