Certificate Number: 05781-NJ-DE-036136498

Bankruptcy Case Number: 21-16793



05781-NJ-DE-036136498

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2021, at 10:13 o'clock AM PST, Luis Jerez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 13, 2021            By:   /s/Allison M Geving

                                     Name: Allison M Geving

                                     Title: President