UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOSE R. TORRES ESQ
129 PROSPECT STREET
PASSAIC, NJ 07055
(973) 815-0075

In Re:
Luis Jerez, Debtor (s)

Case No.: 21-16793

Chapter: 13

Judge: Vincent F. Papalia

# CERTIFICATION OF SERVICE

1. I, <u>Jazlyn Urena</u> :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for <u>Jose R. Torres, Esq.</u>: who represents <u>Luis Jerez</u> in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>November 18, 2021</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    X   Modified Chapter 13 Plan.

    ☐ Other _____
    _____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   11/18/2021          /s/Jazlyn Urena
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ally Financial<br>P.O. Box 9001951<br>Louisville, KY 40290 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| AR Resources Inc<br>1777 Sentry Pkwy W<br>Blue Bell, PA 19422 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Fay Financial<br>P.O. Box 809441<br>Chicago, IL 60680 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| T-mobile<br>PO Box 53410<br>Bellevue, WA 98015 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| US Standing Trustee<br>Marie Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br><br>   Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☒ Other  Electronically_____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |