JOSE R. TORRES
LAW OFFICE OF JOSE R. TORRES
129 PROSPECT STREET
PASSAIC, NJ  07055

Re:  LUIS JEREZ
     750 PARKER ST FL 1
     NEWARK,  NJ  07104

Atty:  JOSE R. TORRES
       LAW OFFICE OF JOSE R. TORRES
       129 PROSPECT STREET
       PASSAIC, NJ  07055

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 21-16793

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $57,540.00**

## RECEIPTS AS OF 01/14/2022                                            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/21/2021 | $959.00 | 1753024540 | 10/19/2021 | $959.00 | 1753024773 |
| 11/23/2021 | $959.00 | 1753025051 | 12/23/2021 | $959.00 | 1753025178 |

**Total Receipts: $3,836.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,836.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022                          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 201.39 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,250.00 | 100.00% | 0.00 | 4,250.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AR RESOURCES INC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 6,027.37 | 100.00% | 0.00 | |
| 0003 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0004 | T-MOBILE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | WELLS FARGO HOME MORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | Wells Fargo Bank, N.A | UNSECURED | 165,089.52 | * | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 3,625.34 | * | 0.00 | |

**Total Paid:  $201.39**
See Summary

**Chapter 13 Case # 21-16793**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $3,836.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $201.39    =    Funds on Hand: $3,634.61

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.